UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE BLESSEN<br><br>*Plaintiff*<br><br>v.<br><br>MARY ELIZABETH INN, and DOES 1-50,<br><br>*Defendants* | CASE NO. 4:17-cv-05389 KAW<br><br>COMPLAINT FILED: 9/19/17<br>TRIAL DATE: Not Set<br><br>**ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br><br>DATE: January 9, 2018<br>TIME: 1:30 p.m.<br>COURT.: 1301 Clay Street, Oakland, CA |

Defendant and Cross-Complainant Mary Elizabeth Inn ("MEI") respectively requests that the Court move the Case Management Conference to February 6, 2018 for the following reasons:

1. MEI is in the process of substituting in new counsel to replace current counsel. MEI's new attorneys are Peggy Chang, Esq. and Margaret J. Allen, Esq., Beckman Feller & Chang PC, 2298 Durant Avenue, Berkeley, California, 94704.

2. Unfortunately, MEI's chief executive officer, PMK and client contact Dion Roberts has been unavailable due to an unexpected family emergency. The nature of this emergency was not known to defense counsel until this past weekend.

3. As a result, MEI'S attorneys have been unable to complete transfer of representation from the Law Office of Michael Heath to Beckman, Feller & Chang.

4. Further, neither Mr. Olsen at the Law Office of Michael Heath, nor new counsel at Beckman Feller, have been able to meet with MEI regarding initial disclosures, the discovery plan or much of anything else related to this lawsuit with the exception of discussing the ADR process and preparing the ADR filings.

5. By signing the stipulation below, Plaintiff's counsel has agreed to a 28-day continuance of the Case Management Conference.

-1-

6. Therefore, MEI respectfully requests that the Court continue the Case Management Conference now set for January 9, 2018 for 28 days to allow the parties to complete the substitution of counsel process and for Beckman, Feller & Chang to have an adequate opportunity to meet with its client and otherwise undertake the representation

SO STIPULATED:

Dated: January 2, 2018                    LAW OFFICES OF MICHAEL HEATH

                                                  /s/ Howard Olsen

Howard Olsen
Attorney for Defendant and Cross-Complainant,
MARY ELIZABETH INN

Dated: January 2, 2018                    LEGAL ASSISTANCE TO THE ELDERLY

                                                  /s/ Annie Y. Pan

Annie Y. Pan
Attorney for Plaintiff
LAURIE BLESSEN

## ORDER

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to February 6, 2018 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 1/4/18

                                                  Kandis Westmore
United States ~~District~~/Magistrate Judge