1  THOMAS E. DROHAN (SBN160008)
   ANNIE Y. PAN (SBN276592)
2  LEGAL ASSISTANCE TO THE ELDERLY
   701 Sutter Street, Second Floor
3  San Francisco, CA 94109
   Telephone Number: (415) 538-3333
4  Fax Number: (415) 538-3316
   Email Address: tdrohan@laesf.org
5  Email Address: apan@laesf.org

6  Attorneys for Plaintiff
   LAURIE BLESSEN
7

8  PEGGY CHANGE, ESQ. (SBN 144364)
   MARGARET J. ALLEN, ESQ. (SBN 114613)
9  BECKMAN, FELLER & CHANG PC
   2298 Durant Avenue
10 Berkeley, CA 94704
   Telephone Number: (510) 548-7474
11 Fax Number: (510) 548-7488
   Email Address: pchang@bfc-legal.com
12 Email Address: mallen@bfc-legal.com

13 Attorneys for Defendants
   MARY ELIZABETH INN,
14 DION ROBERTS and TANQUIESHA KAIRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURIE BLESSEN, | Case No. 4:17-CV-05389 |
| Plaintiff, | **NOTICE OF SETTLEMENT AND NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARY ELIZABETH INN, DION ROBERTS AND TANQUIESHA KAIRY | **Further Case Management Conference:** Date: February 5, 2019  Time: 1:30 P.M. |
| Defendants. | AS MODIFIED |

//

---

**NOTICE OF SETTLEMENT**   Case No. 4:17-CV-05389

| | | |
|---|---|---|
| 1 | The parties respectfully notify the Court that the parties have agreed in principle to settle | |
| 2 | the above-captioned matter. The parties are in the process of preparing and finalizing the | |
| 3 | Settlement Agreement and Stipulated Dismissal. In the interim, the parties respectfully requests | |
| 4 | that the Court vacate and continue the Further Case Management Conference currently scheduled | |
| 5 | for February 5, 2019 at 1:30 p.m. | |

Dated: February 1, 2019                    LEGAL ASSISTANCE TO THE ELDERLY

                                                  /s/ Thomas E. Drohan
                                                     Thomas E. Drohan

                                                       /s/ Annie Y. Pan
                                                         Annie Y. Pan

                                                 **Attorneys For Plaintiff Laurie Blessen**

Dated: February 1, 2019                    BECKMAN, FELLER & CHANG PC

                                                     /s/ Peggy Chang
                                                       Peggy Chang

ORDER AS MODIFIED   /s/ Margaret J. Allen
                                 Margaret J. Allen

The February 5, 2019 case management conference is continued to April 9, 2019. The joint case management statement is due by April 2, 2019.
IT IS SO ORDERED.

Dated: February 1, 2019                    _Kandis Westmore_
                                                 UNITED STATES MAGISTRATE JUDGE

**NOTICE OF SETTLEMENT**                    Case No. 4:17-CV-05389